[No. 34008-9-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDFREDO EARL VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04418-9, Bruce W. Cohoe, J., entered October 31, 2005. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24100-9-III.   Division Three.   July 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ELMER GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00276-3, Craig J. Matheson, J., entered May 3, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 56039-5-I.   Division One.   July 10, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK A. DERYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00082-0, Michael E. Rickert, J., entered October 2, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Ellington, JJ.

[No. 32495-4-II.   Division Two.   July 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE CHARLES HOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03234-6, James R. Orlando, J., entered November 5, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.